REEVES *v.* THE STATE.

JENKINS, Chief Justice. This court is without jurisdiction of the instant bill of exceptions taken on an appeal from a conviction for larceny from the house. The question of jurisdiction is controlled by the ruling

of this court in the recent case of *Jackson* v. *State*, 203 *Ga.* 570 (47 S. E. 2d, 588), which involved the same assignments of error as here presented by a different defendant convicted of the same offense, and in which the bill of exceptions was transferred to the Court of Appeals. The instant case is, therefore,

*Transferred to the Court of Appeals. All the Justices concur.*

No. 16215. MAY 13, 1948.

*R. V. Hyman, Harris & McMaster,* and *E. T. Averett,* for plaintiff in error.

*W. H. Lanier, Solicitor-General,* contra.